UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT ) | |
| OPPORTUNITY COMMISSION, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:04-0882 |
| ) | Judge Trauger |
| v. ) | |
| ) | |
| LUCENT TECHNOLOGIES, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment (Docket No. 33) filed by the defendant, Lucent Technologies, Inc., is **GRANTED**.

It is so ordered.

Enter this 20th day of January 2006.

ALETA A. TRAUGER
United States District Judge